OPINION — AG -**** STATE EXAMINER AND INSPECTOR — SCHOOL DISTRICT AUDIT **** THE STATE EXAMINER AND INSPECTOR MUST MAKE AN AUDIT OF A SCHOOL DISTRICT, REGARDLESS IF AN AUDIT HAS ALREADY BEEN MADE UNDER THE PROVISIONS OF 70 O.S. 1969 Supp., 505.3 [70-505.3], PROVIDED THE REQUIREMENTS OF 70 O.S. 1961 4-31 [70-4-31](A) ARE COMPLIED WITH, THAT STATE MONIES ARE INVOLVED AND THAT SUCH AUDIT WILL NOT CAUSE THE STATE EXAMINER AND INSPECTOR TO NEGLECT HIS OTHER DUTIES. (GARY F. GLASGOW)